**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ANGELA BLACKWELL, et al.** — **PLAINTIFFS**

**V.** — **CIVIL ACTION NO. 3:25-CV-304-RP**

**RAYMOND JAMES FINANCIAL SERVICES, INC., et al.** — **DEFENDANTS**

## FINAL JUDGMENT

On March 25, 2026, the Court dismissed this action without prejudice in light of the parties' representation that they had reached a settlement. ECF 27. The parties have now jointly moved for a dismissal with prejudice, and they request that the court retain jurisdiction to enforce the settlement agreement. The court finds the motion is well taken and should be granted.

Therefore, this action is DISMISSED with prejudice. The court retains jurisdiction over this matter for the sole purpose of enforcing the parties' settlement agreement.

**SO ORDERED AND ADJUDGED**, this the 10th day of September, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE